IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICHARD SLEZAK,<br><br>        Plaintiff,<br><br>   vs.<br><br>YOUNG MEN'S CHRISTIAN ASSOCIATION OF MAUI (MAUI YMCA); PLANET FITNESS (MAUI, HAWAII LOCATION); MAUI COUNTY; ALEXANDER & BALDWIN, LLC; STEVE SCRAGGS; MISTY AMORIN; JANE DOES 1-10;  BRIAN BUSTOS; ERICA FLORES; JOHN DOES 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL ENTITIES 1-10,<br><br>        Defendants. | CV 25-00272 SASP-RT<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S FINDINGS AND RECCOMENDATION**

Findings and Recommendation having been filed and served on all parties on May 11, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Strike Entry of Default and Deny Motion for Default Judgment", ECF No. 106, are adopted as the opinion and order of this Court.

Further, Plaintiff is hereby DIRECTED to serve Defendant Planet Fitness (Maui, Hawaii location) ("Planet Fitness") with the Summons and Complaint, within sixty (60) days of

the entry of this Order. Failure to timely and satisfactorily comply with this Court's directive will result in the dismissal of all claims against Planet Fitness.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, May 29, 2026.



Shanlyn A.S. Park
United States District Judge

---

*Richard Slezak v. Young Men's Christian Association of Maui (Maui YMCA), et al.*; Civil No. 25-00272 SASP-RT; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION